# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**WILLIE TRIPLETT (#100388)**

**VERSUS**

**JAMES LeBLANC, SECRETARY, ET AL.**

CIVIL ACTION

NO. 13-243-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report entered February 15, 2015, to which an objection was filed:

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over the plaintiff's state law claims and that the plaintiff's claims asserted against defendant Bernadine St. Cyr are dismissed, without prejudice, because of the plaintiff failure to serve this defendant within 120 days as mandated by Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the defendants' Motion to Dismiss (R. Doc. 25) is granted, dismissing the plaintiff's claims asserted herein, with prejudice, and that this action is dismissed.

Signed in Baton Rouge, Louisiana, on <u>March 2, 2015</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**